IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DONALD LEWIS SYKES,

    Plaintiff

CASE NO. 5:14-cv-100-RV-GRJ

CORIZON HEALTH SOURCES,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 6, 2014 (doc. 5), which recommended that leave to proceed as a pauper be denied and this case dismissed pursuant to the 28 U.S.C § 1915(g) three-strikes bar. The plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.  Leave to proceed as a pauper, doc. 2, is **DENIED**, and this case is **DISMISSED** pursuant to the 28 U.S.C § 1915(g) three-strikes bar.  Plaintiff's motions for injunctive relief, docs. 4 and 6, are **MOOT.**

**DONE AND ORDERED** this 5th day of June, 2014.

        /s/ *Roger Vinson*
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**